MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7300
    FAX: (415) 436-6753
    Natalie.Lee2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0447 EMC |
| Plaintiff, | UNOPPOSED REQUEST TO CONTINUE STATUS HEARING TO NOVEMBER 27, 2013 |
| v. | |
| ANGELO CIBRIAN, | Date: November 20, 2013<br>Time: 2:30 p.m.<br>Court: Hon. Edward M. Chen |
| Defendant. | |

The above-captioned matter is set on November 20, 2013 at 2:30 p.m. before this Court for a status. The government requests – and defense counsel does not oppose – that this Court continue the status appearance to the following week, November 27, 2013 at 2:30 p.m. Counsel for the government will be on pre-scheduled annual leave and out of the office on November 20, 2013.

DATED: November 13, 2013        MELINDA HAAG
                                            United States Attorney

                                            /S/
                                            NATALIE LEE
                                            Assistant United States Attorney

| | |
|---|---|
| 1 | ORDER |
| 2 | The government requested – and defense counsel did not oppose – that the status appearance in |
| 3 | this matter be continued from November 20, 2013 to November 27, 2013 at 2:30 p.m. since counsel for |
| 4 | the government will be on pre-scheduled annual leave and out of the office on November 20, 2013. |
| 5 | IT IS HEREBY ORDERED that the status appearance in this matter is continued from /and Defendant's motion for leave #27 |
| 6 | November 20, 2013 to November 27, 2013 at 2:30 p.m. |

DATED: 11/18/13



HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

STIP TO CONTINUE STATUS
CR 13-0447 EMC                     2